#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE NORTHERN DISTRICT OF GEORGIA
#### ATLANTA DIVISION

| | | |
|---|---|---|
| Courtney Chambers, | ) | |
| | ) | |
|     Plaintiff, | ) | Civil Action File No.: |
| | ) | 1:25-cv-03452-JPB-RGV |
| v. | ) | |
| | ) | |
| Trans Union, LLC, | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Courtney Chambers, by and through undersigned counsel, hereby dismisses this action against Defendant, Trans Union, LLC, **without prejudice** pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Respectfully submitted this 28th day of July, 2025.

                                                 **BERRY & ASSOCIATES**

                                                 */s/ Matthew T. Berry*
                                                 Matthew T. Berry
                                                 Georgia Bar No.: 055663
                                                 matt@mattberry.com
                                                 Telephone: (404) 235-3334
                                                 2751 Buford Highway, Suite 600
                                                 Atlanta, GA 30324

                        */s/ Chris Armor*
                        Christopher N. Armor
                        Georgia Bar No.: 614061
                        P.O. Box 509
                        Londonderry, Vermont 05148
                        Ph. (651) 208-6441
                        Chris.armor@armorlaw.com

                        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2025, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case.

**BERRY & ASSOCIATES**

*/s/ Matthew Berry*
Matthew Berry
Georgia Bar No.: 055663
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No.: 614061
P.O. Box 509
Londonderry, Vermont 05148
Ph. (651) 208-6441
Chris.armor@armorlaw.com

*Counsel for Plaintiff*